Joseph A. GENTILUOMO,
Plaintiff–Appellant,

v.

BRUNSWICK BOWLING AND BILLIARDS CORPORATION (individually and doing business as Brunswick Technology Ventures and as Quantum), and Columbia 300, Inc. (individually and doing business as Track, Inc.), and Pin Breaker, Inc., Defendants–Appellees,

and

Roto–Grip, Inc., Defendant.

No. 01–1364.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 27, 2002.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

### ·ORDER

A petition for rehearing having been filed by the APPELLANT,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED.

The mandate of the court will issue on July 8, 2002.